1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD LERAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2918

**FILED**

AUG 11 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR CRIMINAL COMPLAINT AND ARREST WARRANTS | 2:11-mj-0247 KJN<br><br>[PROPOSED] UNSEALING ORDER |
|---|---|

On August 10, 2011, the Court entered a sealing order on the criminal complaint, arrest warrants, and supporting affidavit in the above-captioned proceeding. The United States now requests that the Criminal Complaint, Arrest Warrants, and Affidavit of DEA Special Agent Amie Anderson listed above be unsealed.

IT IS SO ORDERED.

DATE: Aug 11, 2011

_____
KENDALL J. NEWMAN
United States Magistrate Judge