```
 1  DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
 2  BENJAMIN D. GALLOWAY, Bar# 214897
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    OSCAR GOMEZ GORIBALDO
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
    UNITED STATES OF AMERICA,    )
12                               )   CR. S-11-354-LKK
               Plaintiff,        )
13                               )   STIPULATION AND ORDER
         v.                      )
14                               )   DATE:  June 19, 2012
    EVARISTO ARREOLA-VENTURA, et )   TIME:  9:15 a.m.
15  al.,                         )   JUDGE: Hon. Lawrence K. Karlton
                                 )
16             Defendants.
    _____
17
```

18     It is hereby stipulated and agreed to between the United States of
19  America through TODD LERAS, Assistant U.S. Attorney, and defendant
20  OSCAR GOMEZ GORIBALDO by and through his counsel, BENJAMIN GALLOWAY,
21  Assistant Federal Defender and defendant EVARISTO ARREOLA-VENTURA, by
22  and through his attorney, OLAF HEDBERG, that the status conference set
23  for Tuesday, May 15, 2012, be continued to Tuesday, June 19, 2012, at
24  9:15 a.m., for status conference.
25     The reason for this continuance is to allow defense counsel
26  additional time to review discovery with the defendant, to examine
27  possible defenses and to continue investigating the facts of the case.
28     It is further stipulated that the time period from the date of this

stipulation, May 15, 2012, through and including the date of the new status conference, June 19, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare], and that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

DATED: May 10, 2012    Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
OSCAR GOMEZ GORIBALDO


/s/ Benjamin Galloway for
OLAF HEDBERG
Attorney for Defendant
EVARISTO ARREOLA-VENTURA

DATED: May 10, 2012    BENJAMIN B. WAGNER
United States Attorney

/s/ Benjamin Galloway for
TODD LERAS
Assistant U.S. Attorney
Attorney for Plaintiff


**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. It is hereby ordered that the presently set May 15, 2012, status conference shall be continued to June 19, 2012, at 9:15 a.m.. It is further ordered that the time period from the date of

the parties' stipulation, May 10, 2012, through and including the date of the new status conference hearing, June 19, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

DATED: May 11, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT