DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
OSCAR GOMEZ GORIBALDO


                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,      )
                               )     CR. S-11-354-LKK
               Plaintiff,      )
                               )     **STIPULATION AND ORDER**
        v.                     )
                               )     DATE:  August 28, 2012
EVARISTO ARREOLA-VENTURA, et   )     TIME:  9:15 a.m.
al.,                           )     JUDGE: Hon. Lawrence K. Karlton
                               )
               Defendants.     )
_____)

    It is hereby stipulated and agreed to between the United States of

America through TODD LERAS, Assistant U.S. Attorney, and defendant

OSCAR GOMEZ GORIBALDO by and through his counsel, BENJAMIN GALLOWAY,

Assistant Federal Defender and defendant EVARISTO ARREOLA-VENTURA, by

and through his attorney, OLAF HEDBERG, that the status conference set

for Tuesday, June 19, 2012, be continued to Tuesday, August 28, 2012,

at 9:15 a.m., for status conference.

    The reason for this continuance is to allow defense counsel

additional time to review discovery with the defendant, to examine

possible defenses and to continue investigating the facts of the case.

    It is further stipulated that the time period from the date of this

stipulation, June 14, 2012, through and including the date of the new
status conference, August 28, 2012, shall be excluded from computation
of time within which the trial of this matter must be commenced under
the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv)and
Local Code T4 [reasonable time for defense counsel to prepare], and
that the ends of justice served by the granting of such continuance
outweigh the interests of the public and the defendant in a speedy
trial.

DATED: June 14, 2012                Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Benjamin Galloway
                                    BENJAMIN GALLOWAY
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    OSCAR GOMEZ GORIBALDO


                                    /s/  Benjamin Galloway for
                                    OLAF HEDBERG
                                    Attorney for Defendant
                                    EVARISTO ARREOLA-VENTURA

DATED: June 14, 2012                BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Benjamin Galloway for
                                    TODD LERAS
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff



                          **O R D E R**

   Based on the stipulation of the parties and good cause appearing
therefrom, the Court hereby adopts the stipulation of the parties in
its entirety as its order.  It is hereby ordered that the presently set
June 19, 2012, status conference shall be continued to August 28, 2012,

at 9:15 a.m.. It is further ordered that the time period from the date of the parties' stipulation, June 14, 2012, through and including the date of the new status conference hearing, August 28, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

DATED: June 15, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT