```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-11-354 LKK |
| Plaintiff, ) | |
| ) | ORDER CONTINUING STATUS |
| v. ) | CONFERENCE |
| EVARISTO ARREOLA VENTURA, ) | |
| and OSCAR GOMEZ GORIBALDO, ) | |
| Defendants. ) | |

This matter came before the Court for a status conference on August 28, 2012, at 9:15 a.m. The United States was represented by Assistant United States Attorney Todd D. Leras. Defendant Arreola Ventura was personally present and represented by Attorney Olaf Hedberg. Defendant Gomez Goribaldo appeared through his counsel, Assistant Federal Defender Benjamin Galloway, pursuant to a written waiver of appearance.

The parties informed the Court that they are working toward resolution of the case and need additional time to discuss revisions and exchange information related to settlement

1

proposals.  All parties therefore requested to continue the status conference to October 2, 2012.  Based on the representations of the parties, the Court further ordered that time be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare and continuity of counsel).  The Court directed government counsel to prepare a formal order.

**IT IS HEREBY ORDERED**:

1.  A status conference in this matter is set for October 2, 2012, at 9:15 a.m.;

2.  Based on the parties' representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded through October 2, 2012.

IT IS SO ORDERED

Date: August 31, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT