```
 1  DINA L. SANTOS, Bar #204200
    A Professional Law Corporation
 2  428 J Street, 3rd Floor
    Sacramento, California 95814
 3  Telephone: (916) 447-0160

 4

 5  Attorney for Defendant
    Evaristo Arreola-Ventura
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,      )  No. CRS 11-354 LKK
                                   )
13                Plaintiff,       )
                                   )  STIPULATION AND ORDER VACATING
14       v.                        )  DATE, CONTINUING CASE, AND
                                   )  EXCLUDING TIME
15  EVARISTO ARREOLA-VENTURA,      )
    OSCAR GOMEZ GORIBALDO          )
16                Defendant.       )  Date:  **Feb 26, 2013**
                                   )  Time:  9:15 a.m.
17  _____  )  Judge: Hon. Karlton
```

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney TODD LERAS, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant EVARISTO ARREOLA-VENTURA; and Attorney Benjamin Galloway, Counsel for Defendant OSCAR GOMEZ GORIBALDO, that the status conference scheduled for January 15, 2013, be vacated and the matter be continued to this Court's criminal calendar on February 26, 2013, at 9:15 a.m., for further status. Counsel for Mr. Arreola-Ventura is new to the case and requires more time to review discovery. Furthermore, both parties are engaged in negotiations and further investigation.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the February 26, 2013, date, and that all Counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: Jan. 11, 2013                /s/ Dina L. Santos
                                    DINA L. SANTOS
                                    Attorney for Defendant
                                    EVARISTO ARREOLA-VENTURA

Dated: Jan. 11, 2013                /s/ Benjamin Galloway
                                    BENJAMIN GALLOWAY
                                    Attorney for Defendant
                                    OSCAR GOMEZ GORIBALDO

Dated: Jan. 11, 2013                /s/ Todd Leras
                                    TODD LERAS
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on January 11, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, January 15, 2013, be vacated and that the case be set for Tuesday,

February 26, 2013, at 9:15 a.m.  The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' January 11, 2013, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from January 15, 2013, through and including February 26, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv)  [reasonable time to prepare] and Local Code T4.

**IT IS SO ORDERED.**

By the Court,

Dated: January 15, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT