1  JOSEPH SCHLESINGER, Bar# 87692
   Acting Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   OSCAR GOMEZ GORIBALDO

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,    )   No. 2:11-cr-354 LKK
                                )
13            Plaintiff,        )   **STIPULATION AND ORDER**
                                )   **CONTINUING STATUS CONFERENCE**
14       v.                     )   **AND EXCLUDING TIME**
                                )
15 EVARISTO ARREOLA VENTURA,    )   DATE: March 26, 2013
   and OSCAR GOMEZ GORIBALDO,   )   TIME: 9:15 a.m.
                                )   JUDGE: Hon. Lawrence K. Karlton
16            Defendants.       )
   _____)

17

18      It is hereby stipulated and agreed to between the United States of

19 America through TODD LERAS, Assistant U.S. Attorney, and defendant

20 OSCAR GOMEZ GORIBALDO by and through his counsel, BENJAMIN GALLOWAY,

21 Assistant Federal Defender and defendant EVARISTO ARREOLA-VENTURA, by

22 and through his attorney, DINA L. SANTOS, that the status conference

23 set for Tuesday, February 26, 2013, be continued to Tuesday, March 26,

24 2013, at 9:15 a.m., for status conference.

25      The reason for this continuance is to allow defense counsel

26 additional time to review discovery with the defendant, to examine

27 possible defenses and to continue investigating the facts of the case.

28 / / /

It is further stipulated that the time period from the date of this stipulation, through and including the date of the new status conference, March 26, 2013, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare], and that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

DATED: February 21, 2013         Respectfully submitted,

                                 JOSEPH SCHLESINGER
                                 Acting Federal Defender

                                 /s/ Benjamin Galloway
                                 BENJAMIN GALLOWAY
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 OSCAR GOMEZ GORIBALDO


                                 /s/  Benjamin Galloway for
                                 DINA L. SANTOS
                                 Attorney for Defendant
                                 EVARISTO ARREOLA-VENTURA

DATED: February 21, 2013         BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Benjamin Galloway for
                                 TODD LERAS
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff


**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. It is hereby ordered that the presently set February 26, 2013, status conference shall be continued to March 26,

2013, at 9:15 a.m.  It is further ordered that the time period from the date of the parties' stipulation, through and including the date of the new status conference hearing, March 26, 2013, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

DATED: February 26, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT