1  JOSEPH SCHLESINGER, Bar# 87692
   Acting Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   OSCAR GOMEZ GORIBALDO

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

   UNITED STATES OF AMERICA,    )   No. 2:11-cr-354 LKK
12                               )
               Plaintiff,        )   **STIPULATION AND ORDER**
13                               )   **CONTINUING STATUS CONFERENCE**
          v.                     )   **AND EXCLUDING TIME**
14                               )
   EVARISTO ARREOLA VENTURA,     )   DATE:  April 23, 2013
15 and OSCAR GOMEZ GORIBALDO,    )   TIME:  9:15 a.m.
                                 )   JUDGE: Hon. Lawrence K. Karlton
16             Defendants.       )
   _____)

17

18      It is hereby stipulated and agreed to between the United States of

19 America through TODD LERAS, Assistant U.S. Attorney, and defendant

20 OSCAR GOMEZ GORIBALDO by and through his counsel, BENJAMIN GALLOWAY,

21 Assistant Federal Defender and defendant EVARISTO ARREOLA-VENTURA, by

22 and through his attorney, DINA L. SANTOS, that the status conference

23 set for Tuesday, March 26, 2013, be continued to Tuesday, April 23,

24 2013, at 9:15 a.m., for status conference.

25      The reason for this continuance is to allow defense counsel

26 additional time to review discovery with the defendant, to examine

27 possible defenses and to continue investigating the facts of the case.

28 / / /

1  It is further stipulated that the time period from the date of this
2  stipulation, through and including the date of the new status
3  conference, April 23, 2013, shall be excluded from computation of time
4  within which the trial of this matter must be commenced under the
5  Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv)and Local
6  Code T4 [reasonable time for defense counsel to prepare], and that the
7  ends of justice served by the granting of such continuance outweigh the
8  interests of the public and the defendant in a speedy trial.

9  DATED: March 21, 2013                Respectfully submitted,

10                                      JOSEPH SCHLESINGER
                                        Acting Federal Defender
11
                                        /s/ Benjamin Galloway
12                                      BENJAMIN GALLOWAY
                                        Assistant Federal Defender
13                                      Attorney for Defendant
                                        OSCAR GOMEZ GORIBALDO
14

15
                                        /s/  Benjamin Galloway for
16                                      DINA L. SANTOS
                                        Attorney for Defendant
17                                      EVARISTO ARREOLA-VENTURA

18
    DATED: March 21, 2013               BENJAMIN B. WAGNER
19                                      United States Attorney

20                                      /s/ Benjamin Galloway for
                                        TODD LERAS
21                                      Assistant U.S. Attorney
                                        Attorney for Plaintiff

22

23

24                          **O R D E R**

25   Based on the stipulation of the parties and good cause appearing

26  therefrom, the Court hereby adopts the stipulation of the parties in

27  its entirety as its order.  It is hereby ordered that the presently set

28  March 26, 2013, status conference shall be continued to April 23, 2013,

**2**

1  at 9:15 a.m.  It is further ordered that the time period from the date
2  of the parties' stipulation, through and including the date of the new
3  status conference hearing, April 23, 2013, shall be excluded from
4  computation of time within which the trial of this matter must be
5  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161
6  (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to
7  prepare].
8      Based on the stipulation of the parties and good cause appearing
9  therefrom, the Court hereby finds that the failure to grant a
10  continuance in this case would deny defense counsel reasonable time for
11  effective preparation taking into account the exercise of due
12  diligence.  The Court specifically finds that the ends of justice
13  served by the granting of such continuance outweigh the interests of
14  the public and the defendant in a speedy trial.
15      **IT IS SO ORDERED.**
16
17  DATED: March 25, 2013
18  _____
19  LAWRENCE K. KARLTON
    SENIOR JUDGE
20  UNITED STATES DISTRICT COURT
21
22
23
24
25
26
27
28