BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:11-CR-354 LKK |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER VACATING |
| | ) DATE, CONTINUING CASE, AND |
| v. | ) EXCLUDING TIME |
| | ) |
| EVARISTO ARREOLA VENTURA, | ) |
| | ) Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

**STIPULATION**

The United States, by and through its undersigned counsel, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Status Hearing on November 26, 2013.
2. By this Stipulation, the parties now move to continue the status conference until January 28, 2014, at 9:15 a.m. and to exclude time between November 26, 2013, and January 28, 2014, under Local Codes A, N, and T4.

3. The parties and agree and stipulate, and request that the Court find the following:
   a. On July 30, 2013, the Court ordered that the defendant be committed to the custody of the Attorney General for treatment and competency evaluation. On this date, the Court set this matter for a Status Conference on November 26, 2013.
   b. Defendant did not arrive at FCC Butner until on or about October 26, 2013. Consequently, the Bureau of Prisons has not been able to complete treatment and evaluation of the defendant. The parties anticipate a competency report to within 14 days of the end of the treatment period.
   c. The parties request that the Court continue the Status Conference until January 28, 2014, to allow the Bureau of Prisons sufficient time to complete the competency evaluation of the defendant and allow the parties sufficient time to review the competency report before the next appearance.
   d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.
   e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, within which trial must commence, the time period of November 26, 2013, to January 28, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's

request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. Further, this time period is also excludable pursuant to 18 U.S.C. § 3161(h)(1)(A) [Local Code A] and 18 U.S.C. § 3161(h)(4) [Local Code N].

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED: November 20, 2013         /s/ Audrey B. Hemesath
                                 AUDREY B. HEMESATH
                                 Assistant U.S. Attorney

Dated: November 20, 2013         /s/ Dina L. Santos
                                 DINA L. SANTOS
                                 Attorney for Defendant

## ORDER

IT IS SO FOUND AND ORDERED, this 22nd day of November, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT