UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
April 01, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

EVARISTO ARREOLA-VENTURA,

Defendant.

Case No. 2:11-cr-00354-LKK-1

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  EVARISTO ARREOLA-VENTURA ,

Case No.  2:11-cr-00354-LKK-1  Charge 21 USC § 846, 841(a)(1), 853(a) , from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): Defendant's Motion for Release (ECF No. 86) GRANTED.

Issued at Sacramento, California on April 01, 2014 at 9:15 am

By: _____
Senior District Judge Lawrence K. Karlton